**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

| | |
|---|---|
| **ANNA BROCK, by and through her parents and next friends, JERRY and MELINDA BROCK** | **PLAINTIFFS** |
| **VERSUS** | **CIVIL ACTION NO. 1:08-CV-00204-SA-JAD** |
| **ALCORN COUNTY SCHOOL DISTRICT** | **DEFENDANT** |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

This matter is before the Court pursuant to the joint *ore tenus* motion of the Plaintiff, Anna Brock, by and through her parents and next friends, Jerry and Melinda Brock, the Plaintiffs, Jerry and Melinda Brock, individually, and the Defendant, Alcorn County School District, for an order of dismissal, with prejudice, of said Plaintiffs' claims against said Defendant; and the Court, having considered the motion, finds that the motion is well-taken and shall be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that:

1. The parties have reached a settlement of the claims of the Plaintiffs and the terms of the settlement have been fulfilled, including obtaining approval of the minor's settlement from the Chancery Court of Alcorn County, Mississippi.

2. As such, the claims of the Plaintiff, Anna Brock, by and through her parents and next friends, Jerry and Melinda Brock, and of the Plaintiffs, Jerry and Melinda Brock, individually, as against the Defendant, Alcorn County School District, are hereby dismissed, with prejudice, with the parties to pay their own costs.

SO ORDERED, this the 26th day of February, 2010.

**/s/ Sharion Aycock**
**UNITED STATES DISTRICT JUDGE**